**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **ARGONAUT INSURANCE COMPANY et al., Plaintiffs,** | : | **1:26-cv-7928 (ALC)** |
| **-against-** | : | **ORDER** |
| **COMMON LIVING INC. et al, Defendant.** | : | |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court ORDERS all Parties to attend a conference on December 3, 2026, at 3:30 PM. The Parties should appear in person at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY, in Courtroom 444, on the date and time specified above.

**SO ORDERED.**

**Dated: November 13, 2026**
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**